**BARSHAY SANDERS, PLLC**
100 Garden City Plaza, Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 122566
*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Michael Brandon Clement,

       Plaintiff,

  v.

WPLG, Inc.,

       Defendant.

Case No: 0:21-cv-61333-XXXX

-----------------------------------------------------------/

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice or costs.

Dated: June 29, 2021

**BARSHAY SANDERS, PLLC**

By:   /s *Craig B. Sanders*
Craig B. Sanders (Fla Bar 0985686)
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Email: csanders@barshaysanders.com
Tel: (516) 203-7600
Fax: (516) 282-7878
Our File No: 122566
*Attorneys for Plaintiff*